AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Jose Luis PICADO-Rodriguez** | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 31, 2019** in the county of **Webb** in the **Southern** District of **Texas** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Honduras, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Bruni, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. ✚ |

This criminal complaint is based on these facts:

On or about December 31, 2019 the defendant Jose Luis PICADO-Rodriguez was apprehended near Bruni, Texas. After a brief interview it was determined that, Jose Luis PICADO-Rodriguez was an undocumented alien from Honduras and subsequently placed under arrest. Further investigation revealed that Jose Luis PICADO-Rodriguez was previously REMOVED from the United States on 08/28/2019 at Houston, Tx. There is no record that Jose Luis PICADO-Rodriguez has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Joshua Steele

_Complainant's signature_

Joshua Steele                Border Patrol Agent

_Printed name and title_

Sworn to before me and signed in my presence,

Date: January 02, 2020

_Judge's signature_

City and state:    Laredo, Texas

Sam Sheldon                U.S. Magistrate Judge

_Printed name and title_